Charles F. McCREESH, Petitioner,

v.

CITY OF PHILADELPHIA,
Respondent.

Supreme Court of Pennsylvania.

June 2, 2004.

### ORDER

PER CURIAM.

AND NOW, this 2nd day of June 2004, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue:

Whether, in light of *Lamp v. Heyman*, 469 Pa. 465, 366 A.2d 882 (1976) and its progeny, a plaintiff should be permitted to have a writ of summons reissued when that writ was originally filed prior to the running of the statute of limitations but ineffectively served?